UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT MICHAEL HILL,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK GLEBE,<br><br>　　　　　　　　Respondent. | CASE NO. C14-5330 RJB-JRC<br><br>ORDER |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura.  The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.  Petitioner filed the petition pursuant to 28 U.S.C. § 2254.  Petitioner is represented by counsel.

The parties filed a stipulation to withdraw and replace a sealed appendix (Dkt. 23 and 24, with attached appendix nine).  The Court grants the stipulated motion.

Dated this 13th day of November, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1